# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>Black Dodge Ram pickup truck, bearing Arizona license plate number H3A6KZ, located inside at B&C Towing in Many Farms, AZ 86538. | Case No. 26-04041MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of <u>Arizona.</u>
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B**.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before    <u>February 24, 2026</u>    .
                                                                                     *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

_____.
            *(name)*
☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)   ☐ for  days (*not to exceed 30*)
                                                                            ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  _____    *Camille D. Bibles* Digitally signed by Camille D. Bibles
                                                                                          Date: 2026.02.10 11:47:46 -07'00'
                                                                                          *Judge's signature*

City and State:   <u>Flagstaff, Arizona</u>                             <u>Honorable Camille D. Bibles, U.S. Magistrate Judge</u>
                                                                                          *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The Subject Vehicle to be searched is a Black Dodge Ram pickup truck, bearing Arizona license plate number H3A6KZ, located at B&C Towing in Many Farms, Arizona, 86538.



## ATTACHMENT B
## THINGS TO BE SEARCHED FOR AND SEIZED

1. Any data and/or equipment related to data storage from the airbag control module and/or power control module, to be imaged (downloaded) either directly from the module or after the removal of the module from the vehicle. This includes the potential for the need to dismantle or remove parts of the vehicle for obtaining this data or collecting the module should the vehicle/module placement preclude imaging the module in place.

2. An examination of the vehicle diagnostics to determine the collision sequence, pre- and post- collision positioning, pre- and post- collision speeds, braking/acceleration patterns (if any), to aid with collision reconstruction.

3. Photographs and/or video of the vehicle and the things seized.

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-04041 MB | February 20, 2026 at 11:48 a.m. | In vehicle. |

Inventory Made in the Presence of:

SA Pablo Morales

Inventory of the property taken and name of any person(s) seized:

- (1) event data recorder (EDR) and it's data extraction from Black Dodge Ram pickup truck, bearing Arizona license plate number H3A6KZ

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

Executing officer's signature

SA Kara Kesler, FBI

Printed name and title